IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )           8:02CR431
                              )
      v.                      )
                              )
CARLOS TAYLOR,                )             ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 60).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 49) is continued to:

**Thursday, October 14, 2010, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court