IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR431 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On January 3, 2011, the defendant appeared with counsel for a disposition hearing on Petition for Warrant for Offender Under Supervision (Filing No. 49).  Defendant admitted the allegations set forth in the Petition for Warrant for Offender Under Supervision.  The Court found him to be in violation of his conditions of supervised release.  The Court then proceeded to the final disposition hearing.

IT IS ORDERED:

1. Defendant shall complete his current treatment program;

2. Upon completion of the defendant's current treatment program, the Petition for Warrant for Offender Under Supervision will be dismissed and defendant will be placed back on supervised release under the same terms and conditions as previously released.

DATED this 4th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court